Jordan Raphael (SBN 252344)
jraphael@byronraphael.com
BYRON RAPHAEL LLP
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
P: (213) 291-9800
F: (213) 277-5373

Andrew Gerber (*admitted pro hac vice*)
andrew@kgfirm.com
KUSHNIRSKY GERBER PLLC
27 Union Square West, Suite 301
New York, NY 10003
P: (212) 882-1320
F: (917) 398-1487

*Attorneys for Plaintiff Thais Marchese*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAIS MARCHESE, | Case No.: 22-CV-2213 MWF (JPRx) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| ZOETOP BUSINESS CO., LTD. d/b/a SHEIN and ROMWE, | |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that this Action has been settled, in its entirety and as to all parties, pending the exchange of closing documents. The parties shall file a stipulation of dismissal with prejudice upon completion of the settlement.

The parties respectfully request that all pending dates and deadlines be vacated.

Dated:   August 24, 2022

Respectfully submitted,

KUSHNIRSKY GERBER PLLC

By: /s/ Andrew Gerber
Andrew Gerber
*Attorneys for Plaintiff Thais Marchese*

**NOTICE OF SETTLEMENT**