UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 22-2213 MWF (JPRx)**                                   Dated: **September 1, 2022**

Title:      Thais Marchese -v- Zoetop Business Co., Ltd.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE RE DISMISSAL

In light of the Notice of Settlement [22] filed August 24, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for **October 3, 2022 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                               Initials of Deputy Clerk   rs
CIVIL - GEN