JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

THAIS MARCHESE,

Plaintiff,

v.

ZOETOP BUSINESS CO., LTD.,

Defendants.

Case No. CV 22-2213-MWF(JPRx)

ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Based on the parties' Joint Stipulation, it is hereby ORDERED that this matter is dismissed with prejudice. The Clerk of Court shall vacate all existing dates and deadlines, and close this matter.

**IT IS SO ORDERED.**

Dated:  September 26, 2022

_____

MICHAEL W. FITZGERALD
United States District Judge

-1-